# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | |
| | : | Mag. No. 25-6055(JTQ) |
| KEVIN GONZALEZ-CASARES, | : | |
| a/k/a, "Kevin Gonzalez-Caceres," | : | **Detention Order** |
| a/k/a "Kevin Gonzales-Caceres" | | |

This matter having been opened to the Court on motion of the United States, (Ian D. Brater, Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant, Kevin Gonzalez-Casares, a/k/a, "Kevin Gonzalez-Caceres," a/k/a "Kevin Gonzales-Caceres" (by Benjamin J. West, Assistant Federal Public Defender, appearing), in the above-entitled matter; and having considered the arguments of the parties; and having found that the Defendant poses a serious risk of flight for the reasons set forth on the record; and for good cause shown:

IT IS, therefore, on this 6th day of October, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the Defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the Defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE