2025R00734/IDB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 25-660 |
| KEVIN GONZALEZ-CASARES,<br>a/k/a "Kevin Gonzalez-Caceres,"<br>a/k/a "Kevin Gonzales-Caceres" | : | 8 U.S.C. §§ 1326(a) & (b)(2) |

INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

On a date on or after September 24, 2010 and on or before September 17, 2025, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

**KEVIN GONZALEZ-CASARES,
a/k/a "Kevin Gonzalez-Caceres,"
a/k/a "Kevin Gonzales-Caceres,"**

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of an aggravated felony, and thereafter, without the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

RECEIVED

OCT 23 2025

AT 8:30 10:33 P M
CLERK, U.S. DISTRICT COURT - DNJ

A TRUE BILL



FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General


*[signature: Alina Habba]*

ALINA HABBA
Acting United States Attorney
Special Attorney


*[signature: Ian D. Brater]*

Ian D. Brater
Assistant United States Attorney

CASE NUMBER: 25-CR-660 (RK)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

KEVEN GONZALEZ-CASARES,
a/k/a "Kevin Gonzalez-Caceres,"
a/k/a "Kevin Gonzales-Caceres"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) & (b)(2)

A True Bill,



Foreperson

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

IAN D. BRATER
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
(609) 989-2190